Eric J. Gitig (SBN 307547)
Eric.Gitig@jacksonlewis.com
Orlando J. Arellano (SBN 234074)
Orlando.Arellano@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Telephone: (213) 689-0404
Facsimile: (213) 689-0430

Attorneys for Defendant
ALCLEAR, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYONNA TURNER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALCLEAR, LLC, a New York Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:24-CV-00530-TLN-AC<br><br>**CERTIFICATE OF SERVICE RE REMOVAL OF ACTION**<br><br>Complaint Filed: January 11, 2024<br>Removal Filed:   February 20, 2024 |

**TO THE HONORABLE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF TYONNA TURNER, AND HER ATTORNEYS OF RECORD:**

I, Vivian A. Castillo, certify and declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to this action; my business address is 725 South Figueroa Street, Suite 2500, Los Angeles, CA 90017.

On February 22, 2024, I served the following on Plaintiff through her attorneys of record: (1) Notice Of Removal Of Action To The United States District Court For The Eastern District Of California Pursuant To 28 U.S.C. §§ 1332, 1441, 1446, and 1453

1  (CAFA); (2) Declaration Of Eric J. Gitig In Support Of Defendant AlClear, LLC's
2  Notice Of Removal; (3) Declaration Of Cecilia N. Kwok In Support Of Defendant
3  AlClear, LLC's Notice Of Removal; (4) Declaration Of Matthew Levine In Support Of
4  Defendant AlClear, LLC's Notice Of Removal; (5) Civil Cover Sheet; (6) Defendant
5  Alclear, LLC's Notice Of Interested Parties; (7) Notice Of Errata Re Notice Of Removal
6  Of Action To The United States District Court For The Eastern District Of California
7  Pursuant To 28 U.S.C. §§ 1332, 1441, 1446, and 1453 (CAFA) Filed February 20, 2024;
8  (8) Initial Pretrial Scheduling Order; (9) Notice to Counsel Re Consent to Proceed Before
9  a United States Magistrate Judge [Magistrate Judge Consent in Civil Cases: Know Your
10 Rights!]; (10) Notice of Availability Voluntary Dispute Resolution in this action by
11 placing true copies thereof enclosed in a sealed envelope addressed as follows:

| Mehrdad Bokhour, Esq.<br>BOKHOUR LAW GROUP, P.C.<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA 90067<br><br>Attorneys for Plaintiff<br>TYONNA TURNER | Joshua S. Falakassa, Esq.<br>FALAKASSA LAW, P.C.<br>1901 Avenue of the Stars, Suite 450<br>Los Angeles, CA 90067<br><br>Attorneys for Plaintiff<br>TYONNA TURNER |
|---|---|

I am familiar with the office's practice for collection and processing of correspondence for mailing with the United States Postal Service, that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business, and that the document served was placed for deposit in the United States mail in accordance with the office practice, with postage thereon fully prepaid, at Los Angeles, California.

On February 21, 2024, I also caused to be filed a copy of Defendant AlClear, LLC's Notice Of Removal To The United States District Court For The Eastern District Of California Pursuant To 28 U.S.C. §§ 1332, 1441, 1446 and 1453 (CAFA) to the Sacramento Superior Court and Plaintiff addressed as follows:

> Superior Court of California, County of Sacramento
> Gordon D. Schaber Sacramento County Courthouse
> 720 9th Street
> Sacramento, CA 95814

Mehrdad Bokhour, Esq.
BOKHOUR LAW GROUP, P.C.
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067

Joshua S. Falakassa, Esq.
FALAKASSA LAW, P.C.
1901 Avenue of the Stars, Suite 450
Los Angeles, CA 90067

Attorneys for Plaintiff
TYONNA TURNER

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 22, 2024, at Los Angeles, California.

_____
VIVIAN A. CASTILLO

4857-1069-7125, v. 3